IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LUIS TELLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. EP-04-CA-0048-PRM |
| | § | |
| THE BOEING COMPANY, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Luis Telles ("Telles") and Defendant The Boeing Company ("Boeing"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, file this Stipulation of Dismissal with Prejudice, and state:

I.

The parties to this action have recently compromised and settled all matters in dispute among them. Accordingly, Telles no longer desires to prosecute his claims or causes of action asserted herein and the parties hereby stipulate that this case be dismissed in its entirety with prejudice to the future refiling of same and with each party bearing its own costs incurred herein.

II.

Telles and Boeing stipulate to the dismissal of this case in its entirety with prejudice and request that such dismissal be entered by the Clerk in the papers in this action, with costs of court to be borne by the party incurring the same.

Respectfully submitted,

**THE LAW OFFICES OF JOHN WENKE**

By: *[signature]*
John A. Wenke
State Bar No. 00788643

3116 Montana Avenue
El Paso, Texas 79901
(915) 562-6100
(915) 566-9996 Telecopier

ATTORNEY FOR PLAINTIFF
LUIS TELLES

APPROVED AND AGREED TO:

By: /s/ Gary D. Eisenstat
Gary D. Eisenstat
State Bar No. 06503200
John M. Barcus
State Bar No. 24036185

**FIGARI & DAVENPORT, L.L.P.**
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 Telecopier

David S. Jeans
State Bar No. 10597400
**RAY, VALDEZ, MCCHRISTIAN & JEANS, P.C.**
5822 Cromo, Suite 400
El Paso, Texas 79912
(915) 832-7230
(915) 832-7333 Telecopier

ATTORNEYS FOR DEFENDANT
THE BOEING COMPANY